UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **JOSE IRAHETA** | * | **CASE NO. 5:17-cv-1363** |
| | | |
| **VERSUS** | * | **JUDGE ELIZABETH E. FOOTE** |
| | | |
| **EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, PENTAGON FEDERAL CREDIT UNION, and NAVY FEDERAL CREDIT UNION** | * | **MAG. JUDGE KAREN L. HAYES** |

### REPORT AND RECOMMENDATION

Before the Court is a Motion to Dismiss (doc. #45) filed by defendant, Experian Information Solutions, Inc. ("Experian"). Defendant, Trans Union LLC ("Trans Union"), joined in the motion (doc. #47). Plaintiff filed a response in opposition to the motion (doc. #51) as well as a Motion for Leave to File Second Amended Complaint (doc. #50) (the "Motion to Amend").

On January 10, 2018, the undersigned entered a Memorandum Order (doc. #82), granting, in part, and denying, in part, Plaintiff's Motion to Amend. The undersigned concludes that the entry of the Memorandum Order moots Experian's Motion to Dismiss. Accordingly,

IT IS RECOMMENDED that the Motion to Dismiss (doc. #45) filed by Experian, be DENIED AS MOOT.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and F.R.C.P. Rule 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections

within **fourteen (14) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before a final ruling issues.

A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.

In Chambers, at Monroe, Louisiana, this 10th day of January 2018.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE